ACCEPTED
12-15-00219-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/18/2015 2:47:22 PM
Pam Estes
CLERK

No. 12-15-00219-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/18/2015 2:47:22 PM
PAM ESTES
Clerk

In the Court of Appeals
Twelfth District of Texas at Tyler

**MJS and Associates, L.L.C.**
Appellant

v.

**Judy Master, RN and Matthew Master**
Appellees

Appeal from the 145th Judicial District Court
Nacogdoches County, Texas
Cause No. C127910, Hon. Campbell Cox, II, Presiding

**Appellees Judy Master and Matthew Master's**
**Unopposed Motion to Extend Time**
**for Filing Appellees' Brief**

## I.      Introduction

Under Texas Rule of Appellate Procedure 10.5(b), Appellees Judy and Matthew Master ("Appellees") request a three week extension of time in which to complete and file the Appellees' Brief in this case, making the brief due on January 11, 2016.

This motion is unopposed by the Appellant.

## II. Rule 10.5(b) Requirements

### A. Current Deadline

The current deadline for Appellees' Brief is December 21, 2015.

### B. Extension

Appellees seek an extension of three weeks until January 11, 2016. Appellees have not requested any previous extensions for this brief and did not oppose Appellant's request for a three week extension of their brief.

### C. Reasonable Explanation

Having reviewed Appellant's Brief, this appeal involves several legal issue that will require additional time to sufficiently research and brief. Additionally, numerous competing projects with prior deadlines have taken and will continue to take lead counsel's time in addition to the ordinary press of business:

- Assisting with extensive Rule 23(f) briefing and participating in recent multi-day *Daubert* hearings (December 15-16, 2015) in *In re Processed Egg Products Antitrust Litigation*, MDL No. 2002, Case No. 2:08-md-02002-GEKP (E.D. Pa.)

- Preparing post-trial briefing in *Osborn v. Griffin, et al.*, Case No. 2:11-cv-00089-WOB-REW (E.D. Ky.) and Holt, et al. v. Griffin, et al., Case No. 2:11-cv-00089 (ED. Ky). Lead counsel participated in a two week trial in September, 2015; proposed Findings of Fact

and Conclusions of Law and Post-Trial briefing was due on November 21, 2015. A Motion to Reopen and Supplement the Trial Record (November 21, 2015) and a Motion to Enforce Settlement (December 17, 2015) were recently filed and we expect expedited briefing on the latter Motion to occur in the next couple of weeks and in early January and possible a reopening of discovery on an expedited basis.

In order to adequately assist the Court in deciding the issues in this case, counsel requests an additional 3 weeks in order to complete Appellees' Brief. No act of Appellees contributed to the need for an extension of time.

## III. Prayer

Appellees request an extension of 3 weeks to file their brief, making the brief due on January 11, 2016.

Respectfully submitted,

*/s/ Joseph M. Callow, Jr.*
Travis P. Clardy
travis.clardy@kellyhart.com
Texas Bar No. 04268020
Jerry W. Baker
Jerry.baker@kellyhart.com
Texas Bar No. 24026776
KELLY, HART & HALLMAN, LLP
209 E. Main St.
P.O. Box 635426
Nacogdoches, Texas 75961
Ph:  (936) 564-2500

Fax:   (936) 564-2507

Joseph M. Callow, Jr. (*admitted pro hac*)
JCALLOW@KMKLAW.com
KEATING MUETHING & KLEKAMP
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
Ph:     (513) 579-6400
Fax:   (513) 579-6457

**Attorneys for Appellees**

### Certificate of Conference

I communicated with Michelle Meriam, lead counsel for Appellant, on December 18, 2016.   Appellant does not oppose this motion.

*/s/ Joseph M. Callow, Jr.*
Joseph M. Callow, Jr.

### Certificate of Service

On December 18, 2015, before the last day for filing this motion, a true and correct copy of this motion was provided to all counsel of record as follows:

Michell R. Meriam
michellemeriam@warejackson.com
Timothy F. Lee
timlee@warejackson.com
WARE, JACKSON, LEE, O'NEILL, SMITH & BARROW, LLP
2929 Allen Parkway, 39th Floor
Houston, Texas 77019
Ph:     (713) 659-6400
Fax:   (713) 659-6262

FAIRCHILD, PRICE, HALEY & SMITH, LLP
Russell R. Smith
rsmith@fairchildlawfirm.com
W. Wade Flasowski
wflasowski@fairchildlawfirm.com

P.O. Drawer 631668
Nacogdoches, Texas 75963-1668
Ph:   (936) 569-2327
Fax:  (936) 569-7932

KENNEDY ATTORNEY & COUNSELORS AT LAW
Mark Kennedy
mark@markkennedylaw.com
Joanna Martin
joanna@markkennedylaw.com
12222 Merit Drive, Suite 1750
Dallas, Texas 75251
Ph:   (214) 445-0740
Fax:  (972) 661-9320

**Attorneys for Appellant**

/s/ *Joseph M. Callow, Jr.*
Joseph M. Callow, Jr.

6492702.1